IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSCOE LEWIS HOLLOWAY, # 154358, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:16cv395-WHA |
| | ) | [WO] |
| LEEPOSEY DANIELS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On May 7, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED.

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. 2254 (Doc. # 19) is DENIED because it was filed after expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

(3) This case is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 5th day of June, 2018.

    /s/ W. Harold Albritton, III
SENIOR UNITED STATES DISTRICT JUDGE